[No. 1473-3.    Division Three.    February 24, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY DEAN MARRS, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-

ima County, No. 18967, Blaine Hopp, Jr., J., entered March 26, 1975. *Affirmed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Munson, C.J., and Green, J.